RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Oran Denton-Hunt Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORAN DENTON-HUNT BROWN,

Defendant.

Case No. 2:25-mj-00549-DJA

**STIPULATION TO CONTINUE STATUS CONFERENCE**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and Between Todd Blanche, Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Oran Denton-Hunt Brown, that the Status Conference currently scheduled on August 14, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Brown needs additional time to complete the conditions of his unsupervised probation.

2. The parties agree to the continuance.

3. The defendant is out of custody and does not object to the continuance.

This is the first request for a continuance.

DATED this 12th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Joseph S. Sciscento*
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ORAN DENTON-HUNT BROWN,<br>Defendant. | Case No. 2:25-mj-00549-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that the Status Conference currently scheduled on August 14, 2026 at 11:30 a.m., be vacated and continued to October 23, 2026, at 11:30 a.m.

DATED this 12th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE