RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Oran Denton-Hunt Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORAN DENTON-HUNT BROWN,

Defendant.

Case No. 2:25-mj-00549-DJA

**Stipulation to Vacate Status Conference and Close Case, and [Proposed] Order**

Mr. Brown was charged by Criminal Complaint on July 24, 2025, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)) and (2) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

Mr. Brown entered a plea agreement on February 18, 2026 (ECF No. 12). At sentencing, Mr. Brown was sentenced to Count One as follows with Count Two dismissed:

One-year term of Unsupervised Probation with special conditions:

1. Pay a $500 fine and a mandatory $10 penalty assessment;
2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
3. Attend/ Complete an Eight (8) hour online drug awareness course;
4. Complete an (8) hour anger management course; and
5. Stay away from Lake Mead Recreation Area for a period of six (6) months.

(*Id.*)

Mr. Brown has completed the special conditions of his unsupervised probation in accordance with her sentence. Accordingly, the parties agree that Count One should be amended to Reckless Driving, the status conference set for October 23, 2026, at 11:30 AM should be vacated, and this case should be closed.

Dated: October 7, 2026.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General of the United States |
| */s/ Nicholas Wolfram*<br>Nicholas Wolfram<br>Assistant Federal Public Defender | */s/ Joseph Sciscento*<br>Joseph Sciscento<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ORAN DENTON-HUNT BROWN,<br>Defendant. | Case No. 2:25-mj-00549-DJA<br>**ORDER** |

The Court finds that Mr. Brown has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Brown is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for October 23, 2026, at 11:30 AM is vacated and this case is closed.

DATED this 8th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE